IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC, INC.; TERRY STAFFORD MUSIC CO.; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; HOUSE OF CASH, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; CORAL REEFER MUSIC; FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; SHOWBILLY MUSIC; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; WBM/HOUSE OF GOLD MUSIC, INC. d/b/a WARNER HOUSE OF MUSIC; POMMARD PUBLISHING CO., | 8:11CV350

JUDGMENT |
| Plaintiffs, | |
| vs. | |
| NORTH PLATTE SHOOTERS, INC. d/b/a SCULLEY'S SHOOTERS f/k/a NORTH PLATTE SHOOTERS and THOMAS O. FULLER and KEVIN HIBBS, each individually, | |
| Defendants. | |

This matter is before the Court on the parties' joint stipulation for dismissal (filing 48). The parties have agreed to dismiss the case with prejudice, all parties to bear their own costs and attorney fees. The Court

accepts the stipulation and the case will be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1.    This action is dismissed with prejudice; and

2.    The parties shall bear their own costs and attorney fees.

Dated this 21st day of September, 2012.

BY THE COURT:

John M. Gerrard
United States District Judge